■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS OLMEDA, Appellant. [62 NYS3d 805]—

Judgments, Supreme Court, New York County (Michael J. Obus, J.), rendered September 8, 2014, as amended September 30, 2014, convicting defendant, after a nonjury trial, of arson in the second degree and burglary in the second degree, and sentencing him, as a second violent felony offender, to concurrent terms of 12 years, unanimously affirmed.

The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348 [2007]). There is no basis for disturbing the court's credibility determinations, in which it accepted the victim's testimony and rejected defendant's.

We perceive no reason for reducing the sentence. Concur— Tom, J.P., Renwick, Mazzarelli, Oing and Singh, JJ.